## Fred Lowrance, Appellee, v. American Glycerin Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Crawford county; the Hon. J. C. EAGLETON, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 15, 1918.

### Statement of the Case.

Action by Fred Lowrance, plaintiff, against American Glycerin Company, a corporation, defendant, to recover for the negligent death of plaintiff's horse which had been loaned to defendant. From a judgment for plaintiff for $200, defendant appeals.

NEWLIN, PARKER & NEWLIN, for appellant.

JONES & LOWE, for appellee.

MR. JUSTICE McBRIDE delivered the opinion of the court.

### Abstract of the Decision.

1. BAILMENT, § 11*—*what degree of care required of bailee for hire.* A bailee for hire is bound to use ordinary care in the preservation of the property and such care as an ordinarily prudent man would bestow upon his own property.

2. BAILMENT, § 11*—*what is duty of bailee as to condition in which to return horse.* Where a horse is delivered to a bailee for hire in good condition, it is his duty to return the animal in the same condition or show that he was not negligent in the care of the horse.

3. APPEAL AND ERROR, § 878*—*what must be preserved in abstract.* Objections and exceptions to the admission of evidence must be preserved in the abstract for the purpose of review of the question of the admissibility of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

4. WITNESSES, § 278*—*when witness may be impeached by contradictory statements.* Where, in an action against a bailee for hire for the negligent death of plaintiff's horse, after cross-examination of defendant's driver, who had testified that he had driven the horse carefully and had seen nothing the matter with him until noon of the day he died, as to whether or not he had stated to certain persons that the horse was "off feed" and had been dragging for two or three days and had replied in the negative, and counsel for defendant asked the witness on redirect examination to give the conversations had with such persons, which he did, it was competent to show by way of impeachment that the witness made contradictory statements.

5. BAILMENT, § 27*—*when negligence in care of horse shown.* In an action against a bailee for hire for the negligent death of plaintiff's horse, evidence *held* to sustain a finding that the horse died as the result of the want of due or reasonable care upon the part of defendant's servant.